Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF** 2:07CV1060-mef

**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2007 DEC -4  A 9:43

| **United States District Court** | District *Middle District* |
|---|---|

| Name (under which you were convicted): *Marcus C. Dilworth* | Docket or Case No.: *CC-03-0251* |
|---|---|

| Place of Confinement: *Bullock County Correctional Facility* | Prisoner No.: *233902* |
|---|---|

| Petitioner (include the name under which you were convicted) *Marcus C. Dilworth* | v. | Respondent (authorized person having custody of petitioner) *Richard Allen* |
|---|---|---|

| The Attorney General of the State of *Alabama* | *Troy King* |
|---|---|

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    *Montgomery in Montgomery County Circuit Court*

    (b) Criminal docket or case number (if you know): *CC-03-0251*

2.  (a) Date of the judgment of conviction (if you know): *January 30, 2004*

    (b) Date of sentencing: *February 19, 2004*

3.  Length of sentence: *Thirty years*

4.  In this case, were you convicted on more than one count or of more than one crime?     Yes ☑     No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: *Count one: attempted assault I; count two: Assault I; count three: Manslaughter; counts one and two have ten year sentences to run concurrent; count three is a twenty year sentence to run consecutively to one and two.*

6.  (a) What was your plea? (Check one)

    (1)  Not guilty ☑          (3)  Nolo contendere (no contest) ☐

    (2)  Guilty ☐              (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _N/A_

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑     Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8.  Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9.  If you did appeal, answer the following:

(a) Name of court: _Court of Criminal Appeals_

(b) Docket or case number (if you know): _CR-03-0861_

(c) Result: _Case was affirmed_

(d) Date of result (if you know): _October 22, 2004_

(e) Citation to the case (if you know): _____

(f) Grounds raised: _Whether trial court abused its discretion: in not charging the jury on criminally negligent homicide, allowing a sentence enhancement for use of a firearm, denying motion for mistrial because of lack of witness, whether conviction was against sufficiency of evidence, and was the maximum sentence given reasonably justified._

(g) Did you seek further review by a higher state court?     Yes ☐ No ☑

If yes, answer the following:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Fifteenth Judicial Circuit Court of Montgomery, Alabama_

(2) Docket or case number (if you know): _CC-03-0251.60_

(3) Date of filing (if you know): _October 19, 2005_

(4) Nature of the proceeding: _Rule 32_

(5) Grounds raised: _Did the sentence imposed exceed the maximum authorized by law; Ineffective counsel for: failing to prepare for case, withdrawing before completing duties, ensuring jury returned an unanimous verdict, failing to object to prosecutors misconduct, not objecting to the erroneous lesser included charge of reckless manslaughter, not objecting to prejudicial evidence admitted by prosecutor, for failing to ensure jury was sworn properly before voir dire examination._

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ _N/A_ _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1)  First petition:      Yes ☑  No ☐

(2)  Second petition:    Yes ☐  No ☐

(3)  Third petition:     Yes ☐  No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

> CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** _Trial counsel was ineffective for failing to object to jury not being sworn properly prior to the voir dire examination._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Counsel allowed the voir dire examination to begin without ensuring the prospective jurors had been sworn properly on the day of examination. The State presented an affidavit of the oath that was required prior to the examination, but it was dated for one day before the actual examination. Holding the voir dire examination without re-swearing or reminding the jurors of their oath prejudiced defendant of a fair trial also._

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _Trial transcript was not available for new counsel to timely file motion for ineffective counsel within the 30 day time limit._

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ☑  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _Rule 32_

   Name and location of the court where the motion or petition was filed: _Fifteenth Judicial Circuit Court of Montgomery County, Alabama_

   Docket or case number (if you know): _CC-05-0251.60_

   Date of the court's decision: _January 11, 2006_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Court of Criminal Appeals of Montgomery, Alabama_

Docket or case number (if you know): _CR-05-0840_

Date of the court's decision: _June 23, 2006_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Filed for application for Writ of certiorari review on July 24, 2006._

**GROUND TWO:** _Trial counsel was ineffective for not objecting to the erroneous jury charge given_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Defendant claimed self-defense. Prosecution requested reckless manslaughter as a lesser offense to the charge of intentional murder. Trial counsel requested heat of passion manslaughter as a lesser offense. Recklessness cannot apply when self defense has been injected. Defendant was found guilty of manslaughter, but jury did not specify which alternative of manslaughter was chosen. No court can attempt to infer the jury's intent of which alternative was chosen._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: *Trial transcript was*
*not available for new counsel to timely file motion for ineffective*
*Counsel within the 30 day time limit*

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑ No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: *Rule 32*

    Name and location of the court where the motion or petition was filed: *Fifteenth Judicial*
*Circuit Court, Montgomery, Alabama*

    Docket or case number (if you know): *CC-03-0251.60*

    Date of the court's decision: *January 11, 2006*

    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑ No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☑ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: *Court of Criminal Appeals*
*of Montgomery, Alabama*

    Docket or case number (if you know): *CR-05-0840*

    Date of the court's decision: *June 23, 2006*

    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: *filed for application for Writ of certiorari on July 24, 2006*

_____
_____

**GROUND THREE:** *Trial Counsel was ineffective for not properly preparing for trial*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *Trial Counsel did not attack the fact that the State did not present any medical records or expert testimony that the victim suffered serious physical injury to justify a conviction of first degree assault.*

_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____
_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: *Rule 32*
Name and location of the court where the motion or petition was filed: *Fifteenth Judicial Circuit Court of Montgomery County, Alabama.*

Docket or case number (if you know): _CC-03-0251.60_

Date of the court's decision: _January 11, 2006_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

   Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Court of Criminal Appeals of Montgomery, Alabama_

Docket or case number (if you know): _CR-05-0840_

Date of the court's decision: _June 23, 2006_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _filed for application for Writ of certiorari review on July 24, 2006_

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑  No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑  No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?        Yes ☑ No ☐

      If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

      _____

      _____

      _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

      _____

      _____

      _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ☐ No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: *Barry Teague – 138 Adams Avenue – Post Office Box 586 Montgomery, Al, 36101*

(b) At arraignment and plea: *Barry Teague*

(c) At trial: *Barry Teague*

(d) At sentencing: *Barry Teague*

(e) On appeal: *Jacob Dubin – 235 South McDonough Street. Montgomery Al. 36104*

(f) In any post-conviction proceeding: *Pro-se*

(g) On appeal from any ruling against you in a post-conviction proceeding: *Pro-se*

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d)
provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the
    time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the
    Constitution or laws of the United States is removed, if the applicant was prevented from filing by such
    state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the
    right has been newly recognized by the Supreme Court and made retroactively applicable to cases on
    collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered
    through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under
this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: _Each issue and ground_
_be reversed and remanded for new trial_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison mailing system on _December 2_
_- 2007_____ (month, date, year):

Executed (signed) on _December 2, 2007_____ (date).

_Marcus C. Dilworth_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing
this petition. _____
_____
_____

* * * * *

36101-0711 2007 11-11

Clerk, United States District Court for
the Middle District of Alabama
P.O. Box 711
Montgomery, Al. 36101

Marcus C.D./Worth 233402
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, Al. 36089

