IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MARCUS DILWORTH, #233 9002 | * | |
| Petitioner, | * | |
| v. | * | 2:07-CV-1060-MEF |
| RICHARD ALLEN, *et al.*, | * | |
| Respondents. | * | |

_____

**O R D E R**

Pending before the court is Petitioner's application for habeas corpus relief. Petitioner has not submitted the $5.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Petitioner, therefore, shall be granted additional time to either provide the court with the $5.00 filing fee or with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before December 20, 2007 Petitioner either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*. Petitioner is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk is DIRECTED to send a form for use in filing a motion to proceed *in forma pauperis* to Petitioner.

Done, this 6th day of December 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE