DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001889
Cashier ID: khaynes
Transaction Date: 12/19/2007
Payer Name: BULLOCK COUNTY CORR FACILITY
------------------------------------
WRIT OF HABEAS CORPUS
 For: MARCUS C DILWORTH
 Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 22124
 Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

07-1060

POR 12 2007
SCANNED