IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS DILWORTH, #233 9002 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | 2:07-CV-1060-MEF |
| | ) | (WO) |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional thirty days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for thirty additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to attorney for the Petitioner.

        Respectfully submitted,

        TROY KING, ASB #KIN047
        *Attorney General*
        By-

        /s/Cecil G. Brendle, Jr.
        *Assistant Attorney General*
        Cecil G. Brendle, Jr.
        ID #BRE005

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Marcus Dilworth, AIS 233902, PO Box 5107, Union Springs, AL  36089-5107</u>.

                                              Respectfully submitted,

                                              /s/Cecil G. Brendle, Jr. (CGB005)
Cecil G. Brendle, Jr. (CGB005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334)  242-7300
Fax:  (334)  242-2848
E-Mail:  cbrendle@ago.state.al.us

368196/116702-001

3