IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MARCUS DILWORTH, #233 9002 | * | |
| Petitioner, | * | |
| v. | * | 2:07-CV-1060-MEF |
| RICHARD ALLEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Respondents filed a Motion for Extension of Time on January 14, 2008. Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (*Doc. No. 6*), is GRANTED; and

2. Respondents are GRANTED an extension from January 14, 2008 to February 13, 2008 to file their answer.

Done, this 14th day of January 2008.

                                       /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE