IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS DILWORTH, #233902 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | 2:07-CV-1060-MEF |
| ) | (WO) |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Respondents. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Troy King, Attorney General for the State of Alabama, and Ralph Hooks, Warden for the Alabama Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King, Richard Allen, and Kenneth Jones, parties named Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Section 2254 Cases in the United States District Courts, have been sued in their official capacities. Neither Attorney General King, Richard Allen, D.O.C. Commissioner, nor Warden Kenneth Jones have any known affiliations "that could potentially pose a financial or professional conflict for a

judge" on this Court. The only potential known conflict fir a judge of this Court with a named party is the fact that Richard Allen's daughter-in-law, Wynn Dee Allen, is an attorney in Magistrate Charles Coody's Office.

                                       Cecil G. Brendle, Jr. (BRE005)
                                       *Assistant Attorney General*
                                       Counsel for Richard Allen

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>13th</u> day of February, 2008, I served a copy of the foregoing on Dilworth by placing the same in the United States mail, first class, postage prepaid and addressed as follows:

> Marcus Dilworth
> AIS #233902
> Bullock Correctional Facility
> PO Box 5107
> Union Springs, AL  36089-5107

>> Respectfully submitted,
>>
>> Troy King, ASB (KIN047
>> *Attorney General*
>> By-
>>
>> _____
>> Cecil G. Brendle, Jr. (BRE005)
>> *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: cbrendle@ago.state.al.us

379182/116702-001