In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED

2008 MAR 28 A 11:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marcus Dilworth #233902          *

    Petitioner,          *

    V.                    *    2:07-CV-1060-MEF
                                       (WO)

Richard Allen, et. al.,          *

    Respondents.          *


Response To Recommendation of The Magistrate
Judge


    Comes now Petitioner in the above-styled
cause and request Petition for hubeus corpus relief
prescribed by 28 U.S.C. 2254 be equitably
tolled due to impediment caused by State action
in violation of the constitution.

Petitioner asks this Honorable Court to consider the facts of inadequate prison law libraries and the aide in such law libraries. Petitioner did not receive adequate aide and resources from the State. Petitioner was instructed that the one year time limit of 2244 (d)(1)(A) started afresh after post conviction relief. Petitioner had time to comply with said rule, had it not been for erroneous information. Also, Petitioner did not receive the proper forms to file his habeas corpus until requesting relief by a type written application on November 16, 2007. This court sent the proper form on November 20, 2007. There were no forms available in the prison law library. In Whalem/Hunt v. Early, 233 F. 3d 1146, 1148 (9th Cir. 2000), this cases time limit started afresh because the State failed to have any information on "AEDPA" and the one year time limitation on the habeas corpus form. Petitioner at bar would be in a worse category because he had no form at all. Furthermore, it seems that rule 2244 (d) (1) and (2) is purposely misleading and should be revised to explain the time limit more thoroughly to give pro-se Petitioner's a fair chance to litigate their cases as guaranteed by the Fourteenth amendment's due process.

Done this 26th day of March, 2008

Marcus C. Dilworth
Marcus C. Dilworth, pro-se

Marcus C. Dilworth 233492
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Al. 36089

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101

MONTGOMERY AL 361
27 MAR 2008 PM 3 L