IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARCUS DILWORTH, #122902, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:07-cv-1060-MEF |
| | ) |
| ARNOLD HOLT, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #12) filed on March 28, 2008 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #11) entered on March 14, 2008 is adopted;

(3) The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice as time-barred.

DONE this the 7th day of April, 2008.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE